UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 2/13/18 | **Time:** 2:29pm-3:58pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 17-cv-05679-YGR | **Case Name:** J.P. v. County of Alameda | |

**Attorneys for Plaintiff:** Lizabeth N. deVries and Darren J. Kessler
**Attorneys for Defendants:** Rebecca Widen for County of Alameda; Ronald Enabnit for Triad Family Services; and Elizabeth Landess and Eugene Zinovyev for Defendant Maria Refugio Moore.
**Deputy Clerk:** Frances Stone             **Court Reporter:** Leo Mankiewicz

**PROCEEDINGS**
Defendants County of Alameda, Diane Davis Maas and Sue May's Motion to Dismiss Complaint for Damages and Declaratory and Injunctive Relief  [Dkt. No. 21]- HELD AND SUBMITTED.

**Initial Case Management Conference- HELD**

**Case Management Conference set 8/27/2018  at 2:00pm**
**REFERRED to Magistrate Judge Beeler for Mandatory Settlement Conference to be completed by 5/14/18**
**Join Parties or Amend Pleadings: Court will decide in ruling of the 12(b)(6) Motion.**
**Non-Expert Discovery Cutoff:  10/31/18**
**Disclosure of Experts:     Opening:  1/18/19**
                                         **Rebuttal:  2/15/19**
**Expert Discovery Cutoff:  3/7/2019**
**Dispositive/Daubert Motions heard on a 35 day schedule; filed by 11/13/18**
**Compliance Hearing set Friday 3/22/19 at 9:01am**
**Joint Pretrial Statement:  3/29/19**
**Pretrial Conference:  4/12/19 at 9:00am**
**Jury Trial set for 4/29/19 at 8:30am**

Notes:  Court orders the following documents sealed:  Dkt. no. 1, Complaint; Answers at Dkt. nos. 15 and 19; Motion at Dkt. no. 21; Opposition at Dkt. no. 23; and Reply at Dkt. no. 24.
If the motion is granted then redacted documents as listed above are to be filed.
If the motion is denied the Plaintiff is to file a redacted amended complaint with only the information previously included in that Complaint, with no other changes being made.
Counsel to meet and confer as to one Expert for testing of the plaintiff/minor.

cc: MagRef Email; Elaine Kabiling/Magistrate Judge Beeler