UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. P., et al.,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 17-cv-05679-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 27, 2018 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE LAUREL BEELER FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | May 14, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Court will decide in ruling on 12(b)(6) motion |
| NON-EXPERT DISCOVERY CUTOFF: | October 31, 2018 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 18, 2019<br>Rebuttal: February 15, 2019 |
| EXPERT DISCOVERY CUTOFF: | March 7, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | Noticed for 35 days; [filed by 11/13/18] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, March 22, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 29, 2019 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| PRETRIAL CONFERENCE: | Friday, April 12, 2019 at 9:00 a.m. |
|---|---|
| TRIAL DATE: | Monday, April 29, 2019 at 8:30 a.m. Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, March 22, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 20, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge