Darren J. Kessler, SBN 114986
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: 510-524-7750
E-mail: darren.j.kessler@gmail.com

John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9603
Fax: (415) 561-9609
E-mail: john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

J. P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA

Plaintiffs,

v.

COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and DOES 1-30, inclusive.

Defendants.

Case No: 4:17-cv-05679-YGR

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND AND CONSOLIDATE HEARING DATES REGARDING THE COUNTY DEFENDANTS' MOTION TO STAY AND CASE-MANAGEMENT CONFERENCE**

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Northern District Local Rule 6-1(a), Plaintiff J.P. by and through his Guardian Ad Litem, Shannon Villanueva, and all Defendants by and through their respective counsel hereby stipulate to and seek this Court's order to continue and consolidate two hearing dates relating to: (1) the County Defendants' motion to stay, and, (2) a case-management conference.

**RECITALS**

WHEREAS the Court set a hearing on August 7, 2018 for County Defendants (County of Alameda, Diane Davis Maas and Sue May) Motion to Stay, Dkt. 63;

WHERAS there is a case-management conference on this matter on August 27, 2018; and,

WHEREAS the parties met and conferred and agree that to preserve resources and accommodate counsel's previously-planned vacation schedules this summer, therefore, the parties stipulate as follows.

**STIPULATION**

IT IS HEREBY STIPULATED to and the parties jointly request that this Court continue and consolidate the County Defendants' Motion to Stay hearing (August 7, 2018) and the case-management-conference hearing (August 27, 2018) to be set and heard on the same date, a Tuesday afternoon per this Court's standing orders, to Tuesday, August 28, 2018 at 2:00 p.m., or at this Court's next available date.

Dated: July 11, 2018

Respectfully submitted,

**SCOTT LAW FIRM**

/s/ Lizabeth N. de Vries______________
Lizabeth N. de Vries
Attorney for Plaintiffs

Dated: July 11, 2018

Respectfully submitted,

**LAW OFFICE OF DARREN J. KESSLER**

/s/ Darren Kessler______________
Darren J. Kessler
Attorney for Plaintiffs

Dated: July 11, 2018

Respectfully submitted,

**MATHENY SEARS LINKERT JAIMIE LLP**

/s/ Ronald E. Enabnit
Ronald E. Enabnit, Attorney for Defendant Triad Family Services

Dated: July 11, 2018

Respectfully submitted,

**GAVIN CUNNINGHAM & HUNTER**

/s/ Alan F. Hunter
Alan F. Hunter, Attorney for Defendant Maria Refugio Moore

Dated: July 11, 2018

Respectfully submitted,

**HAAPALA, THOMPSON & ABERN, LLP**

/s/ Rebecca S. Widen
Rebecca S. Widen, Attorney for Defendants County of Alameda, Diane Davis Maas and Sue May

**ELECTRONIC CASE FILING ATTESTATION**

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

Dated: July 11, 2018

**SCOTT LAW FIRM**

By: /s/ Lizabeth N. de Vries
Lizabeth N. de Vries

///

///

///

///

///

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

**~~[PROPOSED]~~ ORDER**

Pursuant to this stipulation, the Court hereby continues and consolidates hearings on the County Defendants' Motion to Stay (August 7, 2018) and the next case-management conference (August 27, 2018) to be re-set on the same date and time, at August 28, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 13, 2018

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND AND CONSOLIDATE HEARING DATES