Darren J. Kessler, SBN 114986
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: 510-524-7750
E-mail: darren.j.kessler@gmail.com

John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9603
Fax: (415) 561-9609
E-mail: john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J. P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA<br><br>    Plaintiffs,<br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and DOES 1-30, inclusive.<br><br>    Defendants. | Case No: 4:17-cv-05679-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF BY 30 DAYS** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Northern District Local Rule 6-1(a), Plaintiff J.P. by and through his Guardian Ad Litem, Shannon Villanueva, and all Defendants by and through their respective counsel hereby stipulate to and seek this Court's order to extend non-expert discovery by 30 days from October 31, 2018 to December 4, 2018.

## RECITALS

WHEREAS the Court issued its Pretrial Schedule on 2/20/18, at Docket 37, setting the deadline to complete non-expert discovery of 10/31/18;

WHERAS this Court partially granted the County Defendants' motion to stay in its Order dated 8/13/18 at Docket 68;

WHEREAS the parties met and conferred and agreed on a limited discovery schedule prior to the settlement conference set on 9/25/18 which did not include any County percipient witnesses;

WHEREAS the parties participated in the settlement conference on 9/25/18;

WHEREAS the plaintiff and Maria Moore reached a conditional settlement on September 25, 2018, yet Ms. Moore will be produced for deposition as a witness in this case;

WHEREAS counsel for the plaintiff and Triad Family Services have requested the County Defendants' counsel produce percipient County witnesses for deposition, which Rebecca Widen (counsel for County Defendants) believes cannot proceed given the Court's Order on the stay (Dkt. 68) and the County Defendants' pending appeal, which may require this Court's guidance and for which a joint letter will be forthcoming;

WHEREAS counsel for the County Defendants requested she not be a signatory to this Stipulation "given the Court's lack of jurisdiction over the County Defendants and the stay entered in this case" but also represented to all counsel that she has no objection to this request;

WHEREAS counsel for the plaintiff and Triad Family Services have met and conferred and identified over fifteen (15) percipient witnesses who need to be deposed;

WHEREAS counsel for the plaintiff and Triad Family Services (as well as the County Defendants and Maria Moore) are working diligently on a deposition schedule, completing the

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE BY 30 DAYS

now-identified depositions will be very difficult if not impossible to schedule in one month due to many people's calendars and the obvious; and,

WHEREAS the parties believe they should be able to complete non-expert discovery given another month without altering any other pretrial deadlines.

## STIPULATION

IT IS HEREBY STIPULATED to and the parties (except for the County Defendants) jointly request that this Court continue the deadline set for non-expert discovery to be completed from October 31, 2018 to December 4, 2018. The parties have exercised good-faith and diligence in seeking this revision to this Court's pretrial schedule and do *not* seek to alter any of the other dates.

Dated:  October 2, 2018                           Respectfully submitted,

**SCOTT LAW FIRM**

/s/ Lizabeth N. de Vries_____
Lizabeth N. de Vries
Attorney for Plaintiffs

Dated:  October 2, 2018                           Respectfully submitted,

**MATHENY SEARS LINKERT JAIMIE LLP**

/s/ Ronald E. Enabnit     _____
Ronald E. Enabnit
Attorney for Defendant Triad Family Services

Dated: October 2, 2018                            Respectfully submitted,

**GAVIN CUNNINGHAM & HUNGER**

/s/ Alan F. Hunter              _____
Marshall E. Bluestone
Attorney for Defendant
Maria Refugio Moore

///

///

///

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE BY 30 DAYS

**ELECTRONIC CASE FILING ATTESTATION**

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

Dated: October 2, 2018                        **SCOTT LAW FIRM**

By: /s/ Lizabeth N. de Vries
Lizabeth N. de Vries

**[PROPOSED] ORDER**

Pursuant to this stipulation, the Court hereby amends the Court's case Management and Pretrial Order, Dkt. 37, to continue the Non-Expert Discovery Cutoff from October 31, 2018 to December 4, 2018.

**IT IS SO ORDERED.**

Dated: October 4, 2018

_____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109