UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/11/18 | **Time:** 11:03am-11:38am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 17-cv-05679-YGR | **Case Name:** J.P. v. County of Alameda | |

**Attorney for Plaintiff:** Lizabeth N. de Vries and Darren J. Kessler
**Attorney for Defendant:** Ronald Enabnit for Defendant Triad Family Services

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

## PROCEEDINGS

PRE-FILING CONFERENCE RE SUMMARY JUDGMENT- HELD

Joint Discovery Letter of 10/10/18 Dkt. No. 84- MATTER HELD

Motion to Compel Depositions due 10/25/18.

Opposition due 11/8/18.  Reply due 11/15/18.

Hearing on Motion to Compel set for 12/4/18 at 2:00pm


Notes: counsel will submit a briefing schedule for filing a Motion for Summary Judgment.

The Trial date in this case is maintained.