# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**J. P.,** BY AND THROUGH HIS GUARDIAN AD LITEM, **SHANNON VILLANUEVA,**

Plaintiff,

vs.

**COUNTY OF ALAMEDA, ET AL.,**

Defendants.

CASE NO. 17-cv-05679-YGR

**ORDER SETTING BRIEFING SCHEDULE RE: DKT. NO. 84**

The Court has reviewed and considered the joint discovery letter filed by plaintiff, defendant Triad Family Services ("Triad"), and the County Defendants. (Dkt. No. 84.) The Court hereby **SETS** the following briefing schedule regarding plaintiff's and Triad's anticipated joint motion to compel the depositions of the percipient witnesses referenced in the letter:

- Plaintiff's and Triad's joint motion to compel is due on **Thursday, October 25, 2018**.
- To the extent the County Defendants oppose the motion, their opposition is due on **Thursday, November 8, 2018**.
- Any reply in support of the motion is due on **Thursday, November 15, 2018**.
- The hearing on the motion shall take place on **Tuesday, December 4, 2018** at **2:00 p.m.** at the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1.

This order terminates Docket Number 84.

**IT IS SO ORDERED.**

Dated: October 12, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**