# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 12/4/18 | **Time:** 2:38pm-3:25pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 17-cv-05679-YGR | **Case Name:** J.P. v. County of Alameda | |

**Attorney for Plaintiff:** Lizabeth de Vries and Darren Kessler
**Attorney for Defendants:** Rebecca Widen for County of Alameda, and Maas and May; Elizabeth Landess for Moore; Ronald Enabnit for Triad Family Services

**Deputy Clerk:** Frances Stone        **Court Reporter:** Kathy Wyatt

## PROCEEDINGS

Joint Motion to Compel Discovery [Dkt. No. 87]- HELD and SUBMITTED

Court orders that depositions of following people may take place:
Plaintiff and Triad may proceed with depositions of Maas, May, and Nygard

Plaintiff and Triad may also proceed with depositions of Moore, Gomez, and Blankenship. Depositions are to be completed by 1/31/19.  Then the case shall be stayed pending the appeal.

The 4/29/19 Jury Trial date and related dates are VACATED.

Defendant Triad Family Services may file a Motion for Summary Judgment on two of the three grounds previously requested.  Motion filed by 3/15/19 and set on a 35-day notice.  Pre-filing conference requirement is WAIVED.