Alan F. Hunter, Esq. (SBI 099805)
Elizabeth Gong Landess, Esq. (SBI 138353)
Jack T. Bussell, Esq. (SBI 310512)
**GAVIN CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Email: hunter@gclitigation.com
Telephone: 408/294-8500
Telefax:    408/294-8596

Attorneys for Defendant Maria Moore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| J.P., by and through his Guardian ad Litem, SHANNON VILLANUEVA, et al.<br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, et al.,<br>          Defendants. | Case No.:  4:17-CV-05679 – YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW MAGISTRATE JUDGE BEELER TO HEAR GOOD FAITH SETTLEMENT MOTION AND MINOR'S COMPROMISE APPROVAL PETITION**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br>Dept.    Courtroom 1, 4th Floor - Oakland<br>             Ron V. Dellums Fed Bldg. |

**STIPULATION TO ALLOW MAGISTRATE JUDGE BEELER
TO HEAR GOOD FAITH SETTLEMENT MOTION AND MINOR'S COMPROMISE
APPROVAL PETITION**

WHEREAS, the parties participated a Settlement Conference in this matter on September 25, 2018 with Magistrate Judge Laurel Beeler, and

WHEREAS, Magistrate Judge Laurel Beeler, through a substantial amount of time and effort, was able to effectuate a partial settlement between Plaintiff, JP and Defendant Maria Moore, and

WHEREAS, Magistrate Judge Laurel Beeler, is well familiar with the settlement negotiations and settlement positions of the various parties, and

WHEREAS, Magistrate Judge Laurel Beeler, indicated at the end of the Settlement Conference that, if the parties so desired, with the permission of assigned judge, Hon. Yvonne Gonzalez Rogers, she would be willing to hear the associated settlement motions/petitions, including Defendant Moore's Good Faith Settlement Motion and Plaintiff's Application for Approval of Minor's Compromise of Disputed Claim, and

WHEREAS the parties are amenable to allowing Magistrate Judge Laurel Beeler to hear the settlement motions/petitions, including Defendant Moore's Good Faith Settlement Motion and Plaintiff's Application for Approval of Minor's Compromise of Disputed Claim, with the permission of assigned judge, Hon. Yvonne Gonzalez Rogers, and

WHEREAS the parties have tentatively reserved February 14, 2019 as a hearing date for said motion and petition with Magistrate Judge Beeler, pending approval of the subject Stipulation, and

WHEREAS counsel for the County of Alameda Defendants requested that she not be a signatory to this Stipulation "given the Court's lack of jurisdiction over the County Defendants and the stay entered in this case" but also represented to all counsel that she had no objection to this request, therefore,

IT IS SO STIPULATED, by and between the parties through their respective counsel, to allow Magistrate Judge Laurel Beeler to hear Defendant Moore's Good Faith Settlement Motion and Plaintiff's Application for Approval of Minor's Compromise of Disputed Claim with the Court's permission.  The parties hereby further apply to Hon. Yvonne Gonzalez Rogers for permission to allow Magistrate Judge Laurel Beeler hear said motions.

///

///

| | |
|---|---|
| Dated: December 20, 2018 | THE SCOTT LAW FIRM<br>By: */s/ Lizbeth N. deVries*<br>Lizbeth N. de Vries, Esq.<br>Attorneys for Plaintiff, JP, by and through his GAL, Shannon Villanueva |
| Dated: December 20, 2018 | KESSLER LAW OFFICES<br>By: */s/ Darren Kessler*<br>Darren Kessler, Esq.<br>Attorneys for Plaintiff, JP, by and through his GAL, Shannon Villanueva |
| Dated: December 20, 2018 | GAVIN CUNNINGHAM & HUNTER<br>By: */s/ Alan F. Hunter*<br>Alan F. Hunter, Esq.<br>Attorneys for Defendant, Maria Moore |
| Dated: December 20, 2018 | MATHENY, SEARS, LINKER, JAIME, LLP<br>By: */s/ Ronald E. Enabnit*<br>Ronald E. Enabnit, Esq.<br>Attorneys for Defendant, Triad Family Services |

### ELECTRONIC CASE FILING ATTESTATION

I, Elizabeth Gong Landess, am the ECF user whose identification and password are being used to file the foregoing document.  Pursuant to Civil Local Rule 5.1(i), I hereby attend that concurrence in the filing of this document has been obtained from each of its signatories above.

| | |
|---|---|
| Dated: December 20, 2018 | GAVIN CUNNINGHAM & HUNTER<br>By: */s/ Elizabeth Gong Landess*<br>Elizabeth Gong Landess, Esq.<br>Attorneys for Defendant, Maria Moore |

### [PROPOSED] ORDER

Pursuant to the Stipulation of the parties as set forth above and good cause appearing, the COURT hereby gives permission and orders that Magistrate Judge Laurel Beeler is allowed and

granted the authority power to hear Defendant Moore's Good Faith Settlement Motion and Plaintiff's Application for Approval of Minor's Compromise of Disputed Claim.

IT IS SO ORDERED.

Dated: January 3, 2019

_____
HON. YVONNE GONZALEZ ROGERS

cc: Magistrate Judge Beeler

GAVIN CUNNINGHAM & HUNTER
Attorneys at Law – San Jose ∆ California
www.gclitigation.com

J.P. v. COUNTY, 4:17-cv-05679-YGR
4