Alan F. Hunter, Esq. (SBI 099805)
Elizabeth Gong Landess, Esq. (SBI 138353)
Jack T. Bussell, Esq. (SBI 310512)
**GAVIN CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Email: hunter@gclitigation.com
Telephone: 408/294-8500
Telefax:  408/294-8596

Attorneys for Defendant Maria Moore

# UNITED STATES DISTRICT COURT

## NORTHERN DISTSRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| J. P., by and through his Guardian ad Litem, SHANNON VILLANUEVA, et al.<br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, et al.,<br>　　　　Defendants. | Case No.: 4:17-CV-05679 - YGR<br><br>**STIPULATION OF DISMISSAL & RELATED ORDER OF DISMISSAL**<br><br>Judge:　Hon. Yvonne Gonzalez Rogers<br>Dept.　Courtroom 1, 4th Floor - Oakland<br>　　　　Ron V. Dellums Fed Bldg. |

## STIPULATION OF DISMISSAL

The parties to the above-captioned action, by and through their respective attorneys of record, and in connection with the settlement of the above-captioned action as between Plaintiff J.P. and Defendant Maria Refugio Moore, hereby agree and stipulate as follows: [1] Plaintiff J.P. hereby dismisses the above-captioned action as to Defendant Maria Refugio Moore with prejudice – and with all parties bearing their own attorney's fees, costs and expenses; [2] said parties acknowledge minor's compromise and good faith settlement orders entered in the above-captioned action, and said parties stipulate to the dismissal of the action as against Defendant Maria Refugio Moore as stated above and consent to the same; and [3] this stipulation may be

executed in counterparts and by way of facsimile or electronic signatures all with the same force and effect of a single original document.

Dated: March 6, 2019

GAVIN CUNNINGHAM & HUNTER

By: *Alan F. Hunter*
Alan F. Hunter, Esq. Authorized e-signature
Attorneys for Defendant Maria Moore

Dated: 13 March 19

THE SCOTT LAW FIRM

By: [signature]
Lizabeth N. de Vries, Esq.
Attorneys for Plaintiff J.P., by and through his GAL Shannon Villanueva and with approval and consent of the Kessler Law Offices

## ORDER OF DISMISSAL

The above stipulation is hereby approved and ordered enforced. The above-captioned action is hereby dismissed as to Defendant Maria Refugio Moore with prejudice.

Dated: March 15, 2019

[signature]
The Hon. Yvonne Gonzalez Rogers