Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RONALD E. ENABNIT, ESQ. (SBN 138062)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430
renabnit@mathenysears.com

Attorneys for Defendant, TRIAD FAMILY SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. P., by and through his Guardian ad Litem, SHANNON VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 4:17-cv-05679-YGR (SK)<br><br>**DECLARATION OF NANCY REAGH IN SUPPORT OF DEFENDANT TRIAD FAMILY SERVICES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:       June 18, 2019<br>Time:      2:00 p.m.<br>Place:     Courtroom 1 – 4th Floor, Oakland Courthouse, 1301 Clay Street, Oakland, CA<br>Judge:    Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: October 2, 2017<br>Trial Date:   April 29, 2019 |

I, Nancy Reagh, declare as follows:

1. From January 2015 through the present I have been employed as the currently the Chief Executive Officer (CEO) of Triad Family Services ("Triad"). In my position as CEO, I oversee all operations of the agency. I have worked for Triad for the last twelve years. My first position with Triad was as a Social Worker. I then became a Director and then Triad's CEO. I

1

have worked for foster family agencies for 25 years. I am very knowledgeable regarding the duties and responsibilities of foster family agencies when counties contract with foster family agencies to place foster children in foster homes certified by foster family agencies. I am knowledgeable regarding the facts and circumstances of The County of Alameda's contract with Triad for the placement of plaintiff J.P. and his sister M.M. in the Triad-certified foster home operated by Maria Moore from October 1 through October 16, 2015. I am knowledgeable regarding the duties of Triad pertaining to the monitoring and oversight of the placement of plaintiff J.P. and his sister M.M. in the Triad-certified foster home operated by Maria Moore from October 1 through October 16, 2015. This declaration is based upon my personal knowledge. If called as a witness, I could and would competently testify under oath to the facts stated herein.

2. Triad Family Services is an Internal Revenue Code section 501(c)(3) California nonprofit public benefit corporation. Triad has been a foster family agency since 1988, and is licensed by the State of California, through the Department of Social Services.

3. Triad Family Services has at all times referenced in plaintiff's First Amended Complaint been a foster family agency, licensed by the State of California Department of Social Services, and it is subject to the compliance and enforcement authority of the Community Care Licensing Division of the Department of Social Services of the State of California, and Triad is subject to the regulations in California Code of Regulations, Title 22, Division 6, Chapter 8.8 and subject to the provisions of California Community Care Facilities Act (Health & Safety Code sections 1501-1558.3) which pertain to foster family agencies. In 2015, Triad had foster family offices in Lathrop, Oakland and Sacramento.

4. Counties, including County of Alameda, contact Triad Family Services for placement of children in homes that are certified by Triad Family Services. Triad proposes one or more certified foster homes to the county seeking the placement of children, and the county then either approves of or rejects the certified foster home(s).

2

5. On or about September 9, 2015, Triad certified the Maria Moore foster family home and notified the Community Care Licensing Division of the State of California Department of Social Services of said certification.

6. As Triad's CEO, I am knowledgeable regarding the job responsibilities of Triad's social workers and how they should fulfill their responsibilities. The responsibilities of Triad's social workers regarding the certification of foster family homes and the monitoring of and provision of services to children who are placed in foster homes which Triad has certified, are set forth at Health & Safety Code section 1502(4) and at California Code of Regulations, Title 22, Division 6, Chapter 8.8, the provisions of California Community Care Facilities Act (Health & Safety Code sections 1501-1558.3) which pertain to foster family agencies and, in this case, in the placement agreement between Triad and The County of Alameda.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 5, 2019

_____
Nancy Reagh

*DECLARATION OF NANCY REAGH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT*