Darren J. Kessler, SBN 114986
**KESSLER LAW OFFICE**
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: 510-524-7750
E-mail: darren.j.kessler@gmail.com

John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9603
Fax: (415) 561-9609
E-mail: john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and DOES 1-30, inclusive.<br><br>    Defendants. | Case No: 4:17-cv-05679-YGR<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES FOR PLAINTIFF J.P. AND DEFENDANT TRIAD FAMILY SERVICES RELATING TO TRIAD'S FIRST SUMMARY-JUDGMENT MOTION**<br><br>Date:    June 18, 2019<br>Time:    2:00 p.m.<br>Courtroom: 1, 4th Floor, 1301 Clay Street, Oakland, CA<br>Judge:    The Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: October 2, 2017<br>Trial Date:    TBD |

Defendant TRIAD FAMILY SERVICES ("TRIAD") and plaintiff J.P., by and through their respective counsel, hereby stipulate as follows:

Whereas, TRIAD filed a motion for summary judgment on April 12, 2019 (Dkt.117) and this Court set a deadline for plaintiff J.P. to oppose this motion by April 23, 2019 and TRIAD to reply by April 30, 2019 with a hearing set on June 18, 2019;

Whereas the parties continue to meet and confer regarding the documents and deposition testimony which may be deemed confidential as defined by the Stipulated Protective Order filed on March 16, 2018 (Dkt. 51) or otherwise by privileged under Welfare & Institutions Code §827;

Whereas this process is a necessary step in determining whether J.P. would be required to file an Administrative Motion to Seal, under Local Rule 79-5;

Whereas, if an Administrative Motion to Seal, under Local Rule 79-5 is deemed to be necessary, J.P. will likely not have sufficient time to obtain a ruling on an Administrative Motion to Seal and still file its Opposition to Triad's Motion for Summary Judgment by April 23, 2019;

IT IS THEREFORE STIPULATED, pursuant to Rules 7-12 of the Civil Local Rules of the United States District Court for the Northern District of California that:

1) The last day for plaintiff J.P. to file his opposition to TRIAD's motion for summary judgment is extended from April 23, 2019 to May 17, 2019; and,

2) The last day for TRIAD to file his reply is extended from April 30, 2019 to May 24, 2019.

Dated: April 15, 2019                                   **MATHENY SEARS LINKERT & JAIME LLP**

                                                        By: /s/Ronald E. Enabnit
                                                        Ronald E. Enabnit, ESQ.
                                                        Attorneys for Defendant TRIAD FAMILY SERVICES

- 1 -

STIP. AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES FOR PLAINTIFF J.P. AND DEFENDANT TRIAD RELATING TO TRIAD'S FIRST SUMMARY JUDGMENT MOTION

Dated: April 15, 2019                         **SCOTT LAW FIRM**


By: /s/ Lizabeth N. de Vries
 Lizabeth N. de Vries, ESQ.
 Attorneys for Plaintiff J.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 18 , 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

- 2 -

STIP. AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES FOR PLAINTIFF J.P. AND DEFENDANT TRIAD
RELATING TO TRIAD'S FIRST SUMMARY JUDGMENT MOTION