# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. P., BY AND THROUGH HIS GUARDIAN AD LITEM, SHANNON VILLANUEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ET AL.,<br><br>Defendants. | CASE NO. 17-cv-05679-YGR<br><br>ORDER RE: DISCOVERY DISPUTE<br><br>Re: Dkt. No. 120 |

The Court is in receipt of the parties' joint discovery letter which arises from disputes regarding the confidentiality designations of certain evidence to be submitted in conjunction with summary judgment briefing. (Dkt. No. 120.) An evaluation of whether information should be sealed depends on context and the procedural posture of the case. Given the dispute, plaintiffs should follow the sealing procedures set forth in Civil Local Rule 79-5 and paragraph 11 of the Court's standing order. Defendants must respond thereafter in a timely fashion. In this context, the Court will be able to make individualized assessments as to whether information is appropriately sealed.

If plaintiffs require additional time to prepare materials and comply, the parties are ordered to meet and confer and agree on a reasonable extension.

This Order terminates Docket Number 120.

**IT IS SO ORDERED.**

Dated: May 14, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE