Darren J. Kessler, SBN 114986
**KESSLER LAW OFFICE**
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: 510-524-7750
E-mail: darren.j.kessler@gmail.com

John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9603
Fax: (415) 561-9609
E-mail: john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and DOES 1-30, inclusive.<br><br>    Defendants. | Case No: 4:17-cv-05679-YGR<br><br>**THIRD STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES FOR PLAINTIFF J.P. AND DEFENDANT TRIAD FAMILY SERVICES RELATING TO TRIAD'S FIRST SUMMARY-JUDGMENT MOTION**<br><br>Date:          June 18, 2019<br>Time:         2:00 p.m.<br>Courtroom: 1, 4th Floor, 1301 Clay Street, Oakland, CA<br>Judge:        The Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:   October 2, 2017<br>Trial Date:          TBD |

Defendant TRIAD FAMILY SERVICES ("TRIAD") and plaintiff J.P., by and through their respective counsel, hereby stipulate as follows:

Whereas, (following the first stipulation) TRIAD filed a motion for summary judgment on April 12, 2019 (Dkt.117) and this Court set a deadline for plaintiff J.P. to oppose this motion (following the second stipulation) on May 17, 2019 and TRIAD to reply on May 24, 2019 with a hearing set on June 18, 2019;

Whereas the parties continue to meet and confer as reflected in the joint letter filed on May 13, 2019 (Dkt. 120) and ruled on May 14, 2019 (Dkt. 121) relating to the County Defendants' designation of deposition testimony as confidential;

Whereas plaintiff will file his administrative motion to seal on May 15, 2019;

Whereas it would save judicial resources for the plaintiff to first file an administrative motion to determine whether any designated deposition testimony must be filed under seal before submitting a request to also file his brief and statement of facts under seal;

Whereas the Court permitted the parties to confer and propose a stipulation to extend deadlines to allow for a motion to seal to be adjudicated.

IT IS STIPULATED, pursuant to Rules 7-12 of the Civil Local Rules of the United States District Court for the Northern District of California that:

1. The plaintiff's deadline to respond to Triad Family Services' summary-judgment motion be extended from May 17, 2019 to May 31, 2019;

2. Triad's reply be extended from May 24, 2019 to June 7, 2019; and,

3. The parties request that the Court retain the current hearing date of June 18, 2019.

- 1 -

THIRD STIP. AND PROPOSED ORDER TO EXTEND DEADLINES FOR PLAINTIFF J.P. AND DEFENDANT TRIAD RELATING TO TRIAD'S FIRST SUMMARY JUDGMENT MOTION

| | | |
|---|---|---|
| 1 | Dated: May 15, 2019 | **MATHENY SEARS LINKERT & JAIME LLP** |
| 2 | | |
| 3 | | By: /s/Ronald E. Enabnit |
| 4 | | Ronald E. Enabnit |
| | | Attorneys for Defendant TRIAD FAMILY SERVICES |
| 5 | | |
| 6 | Dated: May 15, 2019 | **SCOTT LAW FIRM** |
| 7 | | |
| 8 | | By: /s/ Lizabeth N. de Vries |
| | | Lizabeth N. de Vries |
| 9 | | Attorneys for Plaintiff J.P. |

**ELECTRONIC CASE FILING ATTESTATION**

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

Dated: May 15, 2019                    **SCOTT LAW FIRM**

By: /s/ Lizabeth N. de Vries
     Lizabeth N. de Vries

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, THE FOLLOWING IS ORDERED.

1.   The plaintiff's deadline to file a response to Triad Family Services' summary-judgment motion is extended from May 17, 2019 to May 31, 2019;

2.   Triad's deadline to file a reply is extended from May 24, 2019 to June 7, 2019; and,

3.   The Court shall retain the current hearing date of June 18, 2019.

DATED: May ___, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

- 2 -

THIRD STIP. AND PROPOSED ORDER TO EXTEND DEADLINES FOR PLAINTIFF J.P. AND DEFENDANT
TRIAD RELATING TO TRIAD'S FIRST SUMMARY JUDGMENT MOTION