UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 5/24/2019 | Time: 10:42pm-11:05am | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 17-cv-05679-YGR | Case Name: J.P. v. County of Alameda | |

**Attorney for Plaintiff:** Lizabeth N. de Vries and Darren Kessler
**Attorney for Defendant:** Rebecca Widen for Deft County of Alameda; Ronald Enabnit for Deft Triad Family Services

**Deputy Clerk:** Frances Stone        **Court Reporter:** NOT REPORTED

## PROCEEDINGS

TELEPHONE CONFERENCE- HELD
 Plaintiff's response to County Defendants' Objection [127]- filed 5/31/19
 Defendant Triad's Response filed 5/31/19

Opposition to Motion for Summary Judgment filed 6/21/19
Triad' Reply filed by 7/5/19.

After a separate 7/17/19 hearing in the US Court of Appeals this Court will contact parties as to setting a hearing date for the Summary Judgment Motion.