UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J. P., ET AL.,**<br>　　　　Plaintiffs,<br>　　vs.<br>**COUNTY OF ALAMEDA, ET AL.,**<br>　　　　Defendants. | CASE NO. 17-cv-05679-YGR<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br>Re: Dkt. Nos. 117, 122, 127 |

The Court is in receipt of defendant Triad Family Services ("Triad")'s motion for summary judgment, plaintiff's motion to file under seal, and defendant County of Alameda ("County")'s objections to adjudication of the motion for summary judgment. (Dkt. Nos. 117, 122, 127.) As discussed during the telephonic conference on May 24, 2019, the Court hereby sets the following deadlines for the remainder of the briefing:

- Plaintiff's response to defendant County's objections: **May 31, 2019**
- Defendant Triad's response to defendant County's objections: **May 31, 2019**
- Plaintiff's opposition to defendant Triad's motion for summary judgment: **June 21, 2019**
- Defendant Triad's reply in support of its motion for summary judgment: **July 5, 2019**

Further, plaintiff's motion to file under seal (Dkt. No. 122) is hereby **DENIED** as moot. Plaintiff shall file a renewed motion to file under seal in accordance with Civil Local Rule 79-5(e) by **June 21, 2019**. Defendant County shall have four days to file a responsive declaration as set forth under the rule.

After the Ninth Circuit's July 17, 2019 hearing in this matter, this Court will contact the parties to set a hearing date on the pending motions.

**IT IS SO ORDERED.**

Dated: May 29, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE