FILED

MAR 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, Shannon Villanueva; SHANNON VILLANUEVA,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>COUNTY OF ALAMEDA; DIANE DAVIS MAAS; SUE MAY,<br><br>        Defendants-Appellants,<br><br> and<br><br>TRIAD FAMILY SERVICES; MARIA REFUGIO MOORE,<br><br>        Defendants. | No.   18-15963<br><br>D.C. No. 4:17-cv-05679-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: M. MURPHY,[*] PAEZ, and RAWLINSON, Circuit Judges.

Plaintiff-Appellee's Motion for a 30-Day Extension of Time to File Petition for Rehearing and En Banc Review Based on Pandemic and National Emergency, filed March 13, 2020, is GRANTED.

Plaintiff-Appellee shall have until April 15, 2020, to file any petition.

---

[*] The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.