# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J. P., ET AL.,**  Plaintiffs,  vs.  **COUNTY OF ALAMEDA, ET AL.,**  Defendants. | CASE NO. 17-cv-05679-YGR  **ORDER LIFTING STAY; SETTING COMPLIANCE DEADLINE** |

On August 13, 2018, this Court stayed this action pending appeal with respect to defendants Diane Davis Maas and Sue May. (Dkt. No. 68.) The Court also denied defendant County of Alameda's request for a stay. (*Id.*) During the pendency of the appeal, defendant Triad Family Services filed a motion for summary judgment (Dkt. No. 117), which is now fully briefed. On June 22, 2020, the Ninth Circuit issued its mandate with respect to the appeal. (Dkt. No. 144.)

In light of the Ninth Circuit's mandate, the partial stay of this case is hereby lifted. Additionally, the Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, July 17, 2020**. **Five (5) business days** prior to said date, the parties shall file a joint statement addressing what impact, if any, the Ninth Circuit's decision has on the pending summary judgment motion. If any of the parties believe that further briefing is required, those parties shall submit a proposed briefing schedule. If compliance is complete, the compliance deadline will be taken off calendar.

**IT IS SO ORDERED.**

Dated: June 29. 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**