# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J. P., ET AL.,** | CASE NO. 17-cv-05679-YGR |
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE** |
| **COUNTY OF ALAMEDA, ET AL.,** | |
| Defendants. | |

The Court has reviewed the parties' joint status report. (Dkt. No. 146.) In light of the parties' statements therein, defendants are hereby **ORDERED TO SHOW CAUSE** why the case should not be stayed pending a decision by the U.S. Supreme Court regarding plaintiffs' forthcoming petition for certiorari. By no later than **Friday, July 31, 2020**, defendants shall file a response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 16, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**