**KESSLER LAW OFFICE**
Darren J. Kessler (SBN 114986)
3060 El Cerrito Plaza, Ste. 371
El Cerrito, CA 94530
Telephone: (510) 524-7750
Email: Darren.j.kessler@gmail.com

**DEVRIES LAW, P.C.**
Lizabeth N. de Vries (SBN 227215)
Kelly K. Dixon (SBN 191078)
100 Pine Street, #1250
San Francisco, CA 94111
Telephone: (415) 909-4009/4008; Fax: (628) 280-6514
Email: liza@devrieslawsf.com

Attorneys for Plaintiffs J.P. and his Guardian *ad litem,*
Shannon Villaneuva

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, SHANNON VILLANEUVA,<br><br>Plainitffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and DOES 1-30, inclusive.<br><br>Defendants. | Case No.: 4:17-cv-5679-YGR<br><br>**JOINT STATUS REPORT TO COMPLY WITH COURT ORDER DKT. 150**<br><br>Date: October 30, 2020<br>Time: 9:01 a.m.<br>Place: TBD/Virtual |

Plaintiff J.P., by and through his Guardian Ad Litem, Shannon Villanueva ("Plaintiff") and Defendants COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, and TRIAD FAMILY SERVICES (collectively "Defendants"), jointly submit this joint status report to comply with this Court's Order Staying Case, Dkt. 150, filed August 4, 2020.

**JOINT STATUS REPORT TO COMPLY WITH COURT ORDER DKT. 150**

-1-

The parties met and conferred as ordered to present the below updates.

J.P. will timely file his Petition for Certiori on or before November 6, 2020. This deadline incorporates the COVID-19 orders applicable to United States Supreme Court filings. Given that the United States Supreme Court's ruling will be instructive in this matter, the parties respectfully request this matter be stayed for another 60 to 90 days at which time the parties will provide another joint status update.

Respectfully submitted.

Dated: October 22, 2020     MATHENY SEARS LINKERT JAIME LLP

By: /s/ Ronald E. Enabnit
Ronald E. Enabnit, Attorney for Defendant TRIAD FAMILY SERVICES

Dated: October 22, 2020     HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Jody Struck
Jody Struck, Attorney for Defendants COUNTY OF ALAMEDA, DIANE DAVIS MAAS, AND SUE MAY

Dated: October 22, 2020     KESSLER LAW OFFICE

By: /s/ Darren J. Kessler
Darren J. Kessler, Attorney for Plaintiffs J. P., by and through his GAL, SHANNON VILLANUEVA

Dated: October 22, 2020     DE VRIES LAW, P.C.

By: /s/ Lizabeth N. de Vries
Lizabeth N. de Vries, Attorney for Plaintiffs J. P., by and through his GAL, SHANNON VILLANUEVA

**JOINT STATUS REPORT TO COMPLY WITH COURT ORDER DKT. 150**

**ELECTRONIC CASE FILING ATTESTATION**

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

Dated:  October 22, 2020                            DE VRIES LAW, P.C.

By: /s/ Lizbeth N. de Vries
Lizabeth N. de Vries, Attorney for Plaintiffs J. P., by and through his GAL, SHANNON VILLANUEVA

**JOINT STATUS REPORT TO COMPLY WITH COURT ORDER DKT. 150**