# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J. P.,** by and through his Guardian ad Litem, **Shannon Villanueva,** <br><br> Plaintiffs, <br><br> vs. <br><br> **County of Alameda, et al.,** <br><br> Defendants. | Case No. 17-cv-05679-YGR <br><br> **Order** <br> Re: Dkt. No. 151 |

The Court is in receipt of the parties' joint status report advising that plaintiffs will file their petition for certiorari on or before November 6, 2020 and requesting a continuance of the stay. (Dkt. No. 151.) As previously ordered by the Court, this action is stayed pending a decision from the U.S. Supreme Court on plaintiffs' petition for certiorari. (Dkt. No. 150.) The Court hereby sets a compliance deadline for **9:01 a.m.** on **Friday, February 26, 2021. Five (5) business days** prior to said date, the parties shall file a joint statement advising the Court of the status of plaintiffs' petition. If compliance is complete, the compliance deadline will be taken off calendar.

**It Is So Ordered.**

Dated: October 27, 2020

_____
**Yvonne Gonzalez Rogers**
**United States District Court Judge**