UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/9/2021 | **Time:** 9:08am-9:30am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 17-cv-05679-YGR | **Case Name:** J.P. v. County of Alameda | |

**Attorney for Plaintiff:** Lizabeth N. de Vries and Darren J. Kessler
**Attorney for Defendant:** Jody Struck for Deft County of Alameda;
Ronald E. Enabnit for Deft Triad Family Services

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

## PROCEEDINGS
**SCHEDULING CONFERENCE- HELD VIA ZOOM WEBINAR VIDEOCONFERENCE**

Defendant County of Alameda Brief filed 8/23/2021.
Plaintiff's response brief filed 9/7/2021
Defendant's reply filed 9/14/21
No hearing – to be taken under submission on the papers.

Defendants' Motion for Summary Judgment hearing set 9/29/2021 at 2:00pm via Zoom Webinar.