UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 9/29/2021 | Time: 2:02PM-3:07PM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 17-cv-05679-YGR | Case Name: J.P. v. County of Alameda, et al. | |

**Attorney for Plaintiff:** Lizabeth de Vries and Darren Kessler
**Attorney for Defendant:** Jody Struck for County of Alameda; Ronald Enabnit for Triad Family Svcs

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

## PROCEEDINGS

Defendant's Motion for Summary Judgment- HELD VIA ZOOM WEBINAR VIDEOCONFERENCE AND SUBMITTED.

Court to issue order.