# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J.P., BY AND THROUGH HIS GUARDIAN AD LITEM SHANNON VILLANUEVA,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**COUNTY OF ALAMEDA,**<br><br>　　　　Defendant. | CASE NO. 17-cv-05679-YGR<br><br>**ORDER RESETTING CASE MANAGEMENT SCHEDULE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 25, 2022, at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE BEELER FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | April 15, 2022 |
| COUNTY OF ALAMEDA'S RESPONSE DUE TO FAC: | December 30, 2021 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | May 31, 2022 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: July 25, 2022<br>Rebuttal: August 22, 2022 |
| EXPERT DISCOVERY CUTOFF: | September 12, 2022 |

| | |
|---|---|
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS[2] TO BE FILED BY: | June 7, 2022 with 35 days' notice |
| LAST DAY FOR MOTIONS *IN LIMINE* TO BE EXCHANGED: | September 16, 2022 |
| COMPLIANCE DEADLINE: | Friday, September 23, 2022 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 30, 2022 |
| PRETRIAL CONFERENCE: | Friday, October 14, 2022 at 9:00 a.m. |
| TRIAL DATE : | Monday, November 7, 2022 at 8:30 a.m. Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, September 23, 2021, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated:  December 10, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

[2] The parties are on notice that they specifically requested a dispositive/Daubert motion filing deadline set for approximately three months before the expert discovery cutoff, effectively cutting short their own time to file Daubert motions.