Darren J. Kessler, SBN 114986
**KESSLER LAW OFFICE**
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: (510) 524-7750
E-Mail: darren.j.kessler@gmail.com

Lizabeth N. de Vries, SBN 227215
Kelly K. Dixon, SBN 191078
**DE VRIES LAW, P.C.**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 909-4009 // Fax: (628) 280-6514
E-Mail: liza@devrieslawsf.com

Attorneys for Plaintiff J.P. by and through his
Guardian *ad litem,* Shannon Villanueva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and Does 1-30 inclusive,<br><br>Defendants. | Case No.: 4:17-cv-5679-YGR<br><br>**JOINT STATUS REPORT IN ADVANCE OF FURTHER CMC TO COMPLY WITH COURT ORDER DKT. 185**<br><br>Date:           May 23, 2022<br>Time:          2:00 p.m.<br>Location:    via Zoom<br><br>Complaint Filed:   October 2, 2017<br>Trial Date:             November 7, 2022 |

---

**JOINT STATUS REPORT IN ADVANCE OF FURTHER CMC
TO COMPLY WITH COURT ORDER DKT. 185, CASE NO. 4:17-cv-5679-YGR**

Plaintiffs J.P., by and through his Guardian Ad Litem, Shannon Villanueva ("Plaintiff") and Defendants COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, and TRIAD FAMILY SERVICES (collectively "Defendants"), jointly submit this joint status report in advance of the Case Management Conference set by this Court's Order Continuing Certain Deadlines and Relieving Defendant From Summary Judgement Pre-Filing Conference Requirement, dated April 19, 2022. Magistrate Judge Laurel Beeler had to continue the Mandatory Settlement Conference from April 9, 2022 to May 11, 2022, and, then cancelled the conference on May 11. Judge Beeler is not available again until late July or early August. Accordingly, despite the parties' good-faith efforts, they could not complete a Mandatory Settlement Conference on or before May 15, 2022.

With this Court's permission, the parties will confer to determine when the matter would be ready for Mandatory Settlement Conference based on Judge Beeler's availability.

Respectfully Submitted,

**MATHENY SEARS LINKERT JAIME, LLP**

Date: May 16, 2022

By: */s/ Ronald E. Enabnit*

Ronald E. Enabnit,
Attorney for Defendant
TRIAD FAMILY SERVICES

**HAAPALA, THOMPSON & ABERN, LLP**

Date: May 16, 2022

By: */s/ Jody Struck*

Jody Struck
Attorney for Defendants
COUNTY OF ALAMEDA,
DIANE DAVIS MAAS, AND SUE MAY

**KESSLER LAW OFFICE**

Date: May 16, 2022

By: */s/ Darren J. Kessler*

Darren J. Kessler
Attorney for Plaintiff J.P., by and through
his GAL, SHANNON VILLANUEVA

**DE VRIES LAW, P.C.**

Date: May 16, 2022

By: */s/ Liza de Vries*

Lizabeth N. de Vries
Attorney for Plaintiff J.P. by and through his
GAL, SHANNON VILLANUEVA

**ELECTRONIC CASE FILING ATTESTATION**

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

**DE VRIES LAW, P.C.**

Date: May 16, 2022     By: */s/ Lizabeth N. de Vries*
Lizabeth N. de Vries
Attorney for Plaintiff J.P. by and through his GAL, SHANNON VILLANUEVA

3

**JOINT STATUS REPORT IN ADVANCE OF FURTHER CMC
TO COMPLY WITH COURT ORDER DKT. 185, CASE NO. 4:17-cv-5679-YGR**