Darren J. Kessler, SBN 114986
**KESSLER LAW OFFICE**
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: (510) 524-7750
E-Mail: darren.j.kessler@gmail.com

Lizabeth N. de Vries, SBN 227215
Kelly K. Dixon, SBN 191078
**DE VRIES LAW, P.C.**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 909-4009 // Fax: (628) 280-6514
E-Mail: liza@devrieslawsf.com

Attorneys for Plaintiff J.P. by and through his
Guardian *ad litem,* Shannon Villanueva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIA FAMILY SERVICES, MARIA REFUGIO MOORE, and Does 1-30 inclusive,<br><br>Defendants. | Case No.: 4:17-cv-5679-YGR<br><br>**STIPLUATION AND [PROPOSED] ORDER CONTINUING TWO CASE-MANAGEMENT DATES/DEADLINES**<br><br>Complaint Filed:   October 2, 2017<br>Trial Date:        November 7, 2022 |

1  Plaintiffs J.P., by and through his Guardian Ad Litem, Shannon Villanueva ("Plaintiff") and Defendants COUNTY OF ALAMEDA and TRIAD FAMILY SERVICES (collectively "Defendants"), jointly submit this Stipulation and [Proposed] Order.

Magistrate Judge Laurel Beeler conducted a Mandatory Settlement Conference on June 27, 2022 inviting the parties to consider a mediator's proposal with a deadline to respond of Thursday, July14, 2022. The parties now diligently and jointly request, based on good cause, that this Court amend the scheduling orders to incorporate a brief continuance of two dates, as follows:

(1) Extend the last day to disclose experts from July 25, 2022 to August 8, 2022; and,

(2) Set the last day to file dispositive motions from July 14, 2022 to July 26, 2022 (with 35 days' notice), and, a hearing date of August 30, 2022.

IT IS SO STIPULATED AND REQUESTED.

Respectfully Submitted,
**MATHENY SEARS LINKERT JAIME, LLP**

By:

Date: June 29, 2022

*/s/ Ronald E. Enabnit*
Ronald E. Enabnit,
Attorney for Defendant
TRIAD FAMILY SERVICES

**HAAPALA, THOMPSON & ABERN, LLP**

By:

Date: June 29, 2022

*/s/ Jody Struck*
Jody Struck
Attorney for Defendants
COUNTY OF ALAMEDA,
DIANE DAVIS MAAS, AND SUE MAY

**KESSLER LAW OFFICE**

Date: June 29, 2022    By:

*/s/ Darren J. Kessler*
Darren J. Kessler
Attorney for Plaintiff J.P., by and through
his GAL, SHANNON VILLANUEVA

DE VRIES LAW, P.C.
100 Pine Street, #1250
San Francisco, CA 94111

|  |  |
|---|---|
|  | **DE VRIES LAW, P.C.** |
| Date: June 29, 2022 | By: */s/ Lizabeth N. de Vries*<br>Lizabeth N. de Vries<br>Attorney for Plaintiff J.P. by and through his GAL, SHANNON VILLANUEVA |

### ELECTRONIC CASE FILING ATTESTATION

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

|  |  |
|---|---|
|  | **DE VRIES LAW, P.C.** |
| Date: June 29, 2022 | By: */s/ Lizabeth N. de Vries*<br>Lizabeth N. de Vries<br>Attorney for Plaintiff J.P. by and through his GAL, SHANNON VILLANUEVA |

3
**STIP AND [PROPOSED] ORDER CONT. TWO CM DATES/D/LS, CASE NO. 4:17-cv-5679-YGR**

**[~~PROPOSED~~] ORDER**

Having considered the stipulation of the parties and good cause appearing, the case-management schedule is hereby amended as follows:

(1) The last day to disclose experts shall be extended from July 25, 2022 to August 8, 2022; and,

(2) The last day to file dispositive motions shall be continued from July 14, 2022 to July 26, 2022 (with 35 days' notice), for hearing on August 30, 2022.

**IT IS SO ORDERED.**

Date: July 5, 2022

Honorable Yvonne Gonzalez Rogers
United States District Court Judge