1  Jody Struck, SBN 121097
   HAAPALA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:   510-763-2324
   Fax:   510-273-8534
4  E-mail:  jstruck@htalaw.com

5  Attorneys for Defendant
   COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| J.P., by and through his Guardian ad Litem, SHANNON VILLANUEVA, | Case No.: 4:17-cv-05679-YGR (LB) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO MAGISTRATE JUDGE BEELER FOR HANDLING OF MINOR'S COMPROMISE AND GOOD FAITH SETTLEMENT MOTION** |
| vs. | |
| COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and DOES 1-30, inclusive, | |
| Defendants. | |

Plaintiff J.P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA and Defendants COUNTY OF ALAMEDA, and TRIAD FAMILY SERVICES (collectively "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

On July 14, 2022, the Parties entered into a global settlement and release of all claims with the assistance of Magistrate Judge Laurel Beeler. Because the settlement of this case requires a minor's compromise and good faith settlement confirmation, the Parties consent to and request the transfer of the case to Judge Beeler for resolution of the remaining issues and dismissal of the case.

/ / /

/ / /

/ / /

/ / /

1

*J.P. v. County of Alameda, et al. /* Case #4:17-cv-05679-YGR (LB)
Stipulation and [Proposed] Order Transferring Case to Magistrate Judge Beeler for Handling of Minor's Compromise and Good Faith Settlement Motion

1    The Parties also request that the current trial date of November 7, 2022 and all related
2 dates be vacated.

3 Dated: July 19, 2022          KESSLER LAW OFFICE

5          By:  /s/ Darren J. Kessler
                  Darren J. Kessler
6          Attorneys for Plaintiff J.P., by and through his GAL
           SHANNON VILLANEUVA

8 Dated: July 19, 2022          DE VRIES LAW P.C.

10         By:  /s/ Lizabeth N. de Vries
                  Lizabeth N. de Vries
11         Attorneys for Plaintiff J.P., by and through his GAL
           SHANNON VILLANEUVA

13 Dated: July 19, 2022          MATHENY SEARS LINKERT JAIME LLP

15         By:  /s/ Ronald E. Enabnit
                  Ronald E. Enabnit
16         Attorneys for Defendant TRIAD FAMILY
           SERVICES

19 Dated: July 19, 2022          HAAPALA, THOMPSON & ABERN, LLP

20         By:  /s/ Jody Struck
                  Jody Struck
21         Attorneys for Defendant COUNTY OF ALAMEDA

2

*J.P. v. County of Alameda, et al. /* Case #4:17-cv-05679-YGR (LB)
Stipulation and [Proposed] Order Transferring Case to Magistrate Judge Beeler for Handling of Minor's Compromise and Good Faith Settlement Motion

[~~PROPOSED~~] ORDER

Having considered the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this case will be transferred to Magistrate Judge Laurel Beeler for all remaining administrative matters, including the minor's compromise and good faith settlement determination, and dismissal.

IT IS FURTHER ORDERED that the current trial date of November 7, 2022 and all related dates are vacated.

Dated: __July 20, 2022__          _____
                                  Honorable Yvonne Gonzalez Rogers
                                  United States District Court Judge

3

*J.P. v. County of Alameda, et al.* / Case #4:17-cv-05679-YGR (LB)
Stipulation and [~~Proposed~~] Order Transferring Case to Magistrate Judge Beeler for Handling of Minor's Compromise and Good Faith Settlement Motion