Darren J. Kessler, SBN 114986
**KESSLER LAW OFFICE**
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: (510) 524-7750
E-Mail: darren.j.kessler@gmail.com

Lizabeth N. de Vries, SBN 227215
Kelly K. Dixon, SBN 191078
**DE VRIES LAW, P.C.**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 909-4009 // Fax: (628) 280-6514
E-Mail: liza@devrieslawsf.com

Attorneys for Plaintiff J.P. by and through his
Guardian *ad litem,* Shannon Villanueva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, TRIAD FAMILY SERVICES, MARIA REFUGIO MOORE, and Does 1-30 inclusive,<br><br>Defendants. | Case No.: 3:17-cv-05679-LB<br><br>**JOINT CASE-MANAGEMENT STATEMENT AS REQUESTED BY THE COURT IN DKT. 201**<br><br>Date:         October 20, 2022<br>Time:         9:30 a.m.<br>Location:    via Zoom<br>Judge:        Hon. Laurel Beeler<br><br>Complaint Filed:   October 2, 2017<br>Trial Date:            November 7, 2022<br>Status:                  SETTLED |

1

**JOINT CASE-MANAGEMENT STATEMENT -- CASE NO. 3:17-cv-05679-LB**

1  Plaintiffs J.P., by and through his Guardian Ad Litem, Shannon Villanueva ("Plaintiff") and
2  Defendants COUNTY OF ALAMEDA, DIANE DAVIS MAAS, SUE MAY, and TRIAD
3  FAMILY SERVICES (collectively "Defendants"), jointly submit this joint statement as requested by
4  the Court in the Clerk's Notice minute-entry email at Dkt. 201 dated September 7, 2022.

The parties are meeting and conferring to finalize language in a Settlement Agreement while the plaintiff continues to work with Medi-Cal to attempt to acquire a final lien amount. The parties anticipate finalizing the Settlement Agreement and drafting the Petition for Minor's Compromise within 30-45 days. The parties look forward to updating the Court at the upcoming status conference with any additional information they are able to glean in the next week. The parties greatly appreciate the Court's assistance in this matter.

Respectfully Submitted,

**MATHENY SEARS LINKERT JAIME, LLP**

Date: October 13, 2022        */s/ Ronald E. Enabnit*
                              Ronald E. Enabnit,
                              Attorney for Defendant, TRIAD FAMILY SERVICES

**HAAPALA, THOMPSON & ABERN, LLP**

Date: October 13, 2022        */s/ Jody Struck*
                              Jody Struck
                              Attorney for Defendants, COUNTY OF ALAMEDA

**KESSLER LAW OFFICE**

Date: October 13, 2022        */s/ Darren J. Kessler*
                              Darren J. Kessler, Attorney for Plaintiff J.P., by and
                              through his GAL, SHANNON VILLANUEVA

**DE VRIES LAW, P.C.**

Date: October 13, 2022        */s/ Liza de Vries*
                              Lizabeth N. de Vries, Attorney for Plaintiff J.P. by and
                              through his GAL, SHANNON VILLANUEVA

**ELECTRONIC CASE FILING ATTESTATION**

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

**DE VRIES LAW, P.C.**

Date: October 13, 2022     By: */s/ Lizabeth N. de Vries*
Lizabeth N. de Vries
Attorney for Plaintiff J.P. by and through his GAL, SHANNON VILLANUEVA