Darren J. Kessler, SBN 114986
**KESSLER LAW OFFICE**
3060 El Cerrito Plaza, Suite 371
El Cerrito, CA 94530
Tel: (510) 524-7750
E-Mail: darren.j.kessler@gmail.com

Lizabeth N. de Vries, SBN 227215
Kelly K. Dixon, SBN 191078
**DE VRIES LAW, P.C.**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 909-4009 // Fax: (628) 280-6514
E-Mail: liza@devrieslawsf.com

Attorneys for Plaintiff J.P. by and through his
Guardian *ad litem*, Shannon Villanueva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND

| | |
|---|---|
| J.P., by and through his Guardian Ad Litem, SHANNON VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, TRIAD FAMILY SERVICES, and Does 1-30 inclusive,<br><br>Defendants. | Case No.: 4:17-cv-5679-YGR<br><br>**DECLARATION OF GUARDIAN AD LITEM, SHANNON VILLANUEVA, IN SUPPORT OF MINOR'S COMPROMISE**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:          Hon. Laurel Beeler |

I, Shannon Villanueva, declare as follows:

1. I am the mother and Guardian Ad Litem of J.P.

2. I reviewed and fully understand the Stipulated Settlement Agreement and attachments thereto. I agree with the terms stated in this agreement.

3. I reviewed and fully understand the Minors Compromise Petition and attachments thereto. I fully agree with all that is stated and requested in this petition.

4. Throughout the years of litigation of this case, I remained in ongoing communication with my lawyers Darren J. Kessler and Liza de Vries. They kept me fully informed at every stage well before this case was filed in 2017.

5. I am fully satisfied with the representation provided by my attorneys and the result that they achieved for J.P.

6. I believe that this recovery will substantially help J.P. now and in the future in relation to his challenges caused by the underlying incidents alleged in the complaint.

7. I specifically and fully support my attorney's request to receive 40% of the recovery, which I wholeheartedly believe they earned in this case. I believed this to be fair compensation when I initially retained my attorneys, which was agreed in our legal services agreement. Ultimately, Mr. Kessler and Ms. deVries worked far beyond what I anticipated, overcoming significant challenges and achieving a successful settlement. Accordingly, I emphatically encourage this court to approve a legal fee of 40% of the overall recovery.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of June, 2023 in Brentwood, California.

Date: 6.14.23

By: _____
Shannon Villanueva